**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

In re                              )   Case No. 317-31962-DWH13

REBECCA S PARKER            )

                                  )   Confirmation hearing date: Jul 24, 2017

                                  )

                                  )   **TRUSTEE'S OBJECTION TO**

                                  )   **CONFIRMATION AND MOTION**

                Debtor(s).     )   **TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

  **X**  a.  Plan is not feasible: **The Trustee is unable to administer the plan as written. File an amended plan.**

_____b.  Case/Plan is not proposed in good faith or is forbidden by law:

_____c.  Plan does not commit all of debtor's excess projected disposable income pursuant to
           11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____d.  Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

  **X**  e.  Filing/documentation is deficient: **as requested at the §341(a) hearing, please provide the Trustee with the following:**
**1. Verification Debtor has registered with TFS;**
**2. Name and contact information for the attorney Debtor consulted with before filing bankruptcy;**
**3. Name and contact information for Debtor's realtor;**
**4. File an Amended Schedule E/F that includes the student loan debt; and**
**5. Provide the Trustee with a completed Order Confirming Plan (1350.05).**

_____f.  Other:

If within 7 days prior to the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on <u>July 10, 2017</u>, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: July 10, 2017

                                          <u>/s/ Wayne Godare, Trustee</u>

PRO SE
(mn)