# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In re ) Case No. 317-31962-DWH13

REBECCA S PARKER )
) Confirmation hearing date: Jul 24, 2017
) **SUPPLEMENTAL**
) **TRUSTEE'S OBJECTION TO**
) **CONFIRMATION AND MOTION**
Debtor(s). ) **TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

_____a. Plan is not feasible:

_____b. Case/Plan is not proposed in good faith or is forbidden by law:

_____c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

_____d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

_____e. Filing/documentation is deficient:

__X__f. Other: **as requested at the §341(a) hearing, please make the following changes to the Plan:**
**1. Insert the plan date in the caption of the plan;**
**2. ¶2(b)(1) add the monthly payment for Wells Fargo, "All available funds";**
**3. ¶1(e) add "Proceeds from the sale of real property outlined in ¶10";**
**4. Strike ¶10 and replace with a new ¶10 "The Debtor shall sell 941 SE Bidwell St, Portland Oregon not later than June, 30, 2020 and shall pay to the Trustee from the proceeds at closing, funds sufficient to pay all creditors secured by the subject property remaining in the plan. Secured creditors are Wells Fargo (serviced by Fannie Mae). Debtor shall also pay to the Trustee for distribution through the Plan, non-exempt proceeds to the extent required by the Trustee's payoff quote. The debtor shall obtain the Trustee's permission prior to any sale or refinance and to obtain that permission, provide copies to the Trustee of a preliminary closing statement and title report. The Debtor shall provide the Trustee with a copy of the final closing statement within 15 days following the close of the sale."**

**The Debtor was advised to seek the counsel of an attorney specializing in bankruptcy.**

If within 7 days prior to the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on <u>July 10, 2017</u>, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: July 10, 2017

<span style="float:right">/s/ Wayne Godare, Trustee</span>

PRO SE (mn)